UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALVIN KIRKLAND,

    VS                                  CASE NO.   5:07cv2/RS/MD

JAMES MCDONOUGH, ET AL

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   March 19, 2007
Type of Motion/Pleading: MOTION FOR ENLARGEMENT OF TIME (UNTIL 5/11/2007) IN WHICH TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS.
Filed by: RESPONDENT    on 3/19/07    Document #7

(  )   Stipulated/Consented/Joint Pleading
RESPONSES:
                                      on             Doc.#
                                      on             Doc.#
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      /s/ Teresa Cole
                                      Deputy Clerk: Teresa Cole

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 20th day of March, 2007, that:
(a)   The requested relief is GRANTED in part.
(b)   Respondent is granted a 45-day extension, until May 3, 2007.

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.