IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ALVIN KIRKLAND,

        Petitioner,

vs.                                        CASE NO. 5:07cv2/RS-MD

JAMES R. McDONOUGH,

        Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss (Doc. 13) is **granted**.

3. The Petition for Writ of Habeas Corpus (Doc. 1) challenging the convictions and sentences in *State of Florida v. Alvin I. Kirkland* in the Circuit Court of Jackson County, Florida, Case Numbers 99-44 and 94-868, is **dismissed with prejudice.**

4. The clerk is directed to close the file.

ORDERED on November 27, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**